## IN THE UNITED STATES DISTIRCT COURT
## FOR THE SOUTHERN DISTIRCT OF MISSISSIPPI
## NORTHERN DIVISION

Deborah Young, on behalf of and as natural mother to Delmyuntezia Pittman, a minor; Elizabeth Mason, on behalf of and as natural mother to Christy Mason, a minor; Tentika Christian on behalf of and as natural mother for Shantwana Christian, a minor; Kelvin Green, on behalf of and as natural father to Phillip Green, a minor

Civil Action No. 3:17-cv-177-DCB-LRA

Plaintiffs,

v.

Hinds County School District

Defendant.

## ORDER GRANTING [ECF DOC. NO. 35] UNOPPOSED MOTION FOR EXTENSION OF THE PLAINTIFFS' DEADLINE TO FILE RESPONSE IN OPPOSITION TO THE DEFENDANT'S [ECF DOC. NO. 32] MOTION FOR SUMMARY JUDGMENT

This Court, after reviewing [ECF Doc. No. 35] Plaintiffs' Unopposed Motion for an Extension of Time to File Their Forthcoming Response in Opposition to the Hinds County School District's [32] Motion for Summary Judgment, find that this [35] Motion is well-taken, that it is not opposed, and that the relief requested should be granted.

It is, therefore, ordered that the Plaintiffs will have until **April 10, 2018,** to file their forthcoming Response in Opposition to the Hinds County School District's [32] Motion for Summary Judgment Defendant's [32] Motion for Summary Judgment.

Order, this the 22nd day of March, 2018.


s/David Bramlette
The Honorable David C. Bramlette
District Court Judge